**Opinion filed January 6, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00069-CV

_____

## ALLEN GLENN THOMAS, Appellant

## V.

## TDCJ, ET AL, Appellees

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 022093**

### MEMORANDUM OPINION

Allen Glenn Thomas sued the Texas Department of Criminal Justice, its board of directors, the medical department of the French Robertson Unit, and numerous employees of the Texas Departement of Criminal Justice – Institutional Division. Thomas sought both injunctive relief and money damages for injuries he alleged he received as a result of unconstitutional practices on a regular basis. The trial court dismissed all of Thomas's claims pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.001-.014 (Vernon 2002). We affirm.

On appeal, Thomas argues that the termination of his claims has resulted in his malicious prosecution under the law and that the trial court abused its discretion by dismissing his claims. We note that the record affirmatively reflects that Thomas failed to comply with the requirements of Sections 14.004-.005. Moreover, Thomas failed to plead actionable claims. All of Thomas's arguments on appeal have been considered, and each is overruled. Thomas has failed to establish that the trial court abused its discretion.

The order of the trial court is affirmed.


PER CURIAM


January 6, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.